## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

IN RE: APPEAL OF COUNCIL ROCK    : No. 213 MAL 2015
SCHOOL DISTRICT FROM THE         :
DECISION OF THE BUCKS COUNTY    :
BOARD OF ASSESSMENT APPEALS   : Petition for Allowance of Appeal from the
DATED: NOVEMBER 9, 2007 TAX     : Order of the Commonwealth Court
PARCEL #29-010-075-004             :
MUNICIPALITY: NEWTOWN TOWNSHIP :
ASSESSMENT FOR YEAR: 2008      :
PROPERTY OF: LMC PROPERTIES,    :
INC.                               :
                                   :
                                   :
PETITION OF: LMC PROPERTIES, INC.   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 26th day of August, 2015, the Petition for Allowance of Appeal is

**DENIED**.